UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>          Plaintiff(s),<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>          Defendant(s). | Case No. 2:14-cv-01975-GMN-NJK<br><br>ORDER DENYING WITHOUT PREJUDICE STIPULATION TO STAY<br><br>(Docket No. 50) |

Pending before the Court is a stipulation to stay discovery pending resolution of Defendants' motion for summary judgment. *See* Docket No. 50. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). The parties' stipulation fails to address the above standards. Accordingly, the stipulation to stay discovery is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge