**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-01975-GMN-NJK<br><br>ORDER |

Due to conflicting duties of the Court, the discovery conference set for February 26, 2015, at 4:00 p.m. in Courtroom 3D is hereby **ADVANCED** to February 25, 2015, at 4:00 p.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: February 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge