ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile :     (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for CitiMortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CLEAR RECON CORP.; and CITIMORTGAGE, INC.,<br><br>                    Defendants. | Case No.:     2:14-cv-01975-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CITIMORTGAGE, INC. TO FILE RESPONSE TO AMENDED COMPLAINT [ECF NO. 77]**<br><br>**(SECOND REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counter-claimant,<br><br>v.<br><br>SATICOY BAY, LLC SERIES 1702 EMPIRE MINE; VILLAGE 2, THE BLUFFS; AND NEVADA ASSOCIATION SERVICES,<br><br>                    Counter-Defendants. | |

Plaintiff/Counter-Defendant Saticoy Bay, LLC Series 1702 Empire Mine (**Saticoy**) by and through its counsel of record, Law Offices of Michael F. Bohn, and Defendant CitiMortgage, Inc. (**CitiMortgage**) by and through its counsel of record, Akerman, LLP, hereby stipulate and agree:

. . .

{31073093;1}

Saticoy served CitiMortgage with its Amended Complaint [ECF No. 77] on April 16, 2015. Pursuant to the parties previous stipulation, the deadline for CitiMortgage to respond to the Amended Complaint is May 18, 2015. Saticoy and CitiMortgage hereby stipulate to extend defendant CitiMortgage's deadline to respond to the Amended Complaint to June 25, 2015.

This is the second request for an extension of time of this deadline. The parties agree to this extension of time to allow the court to hear the pending motion for summary judgment, which is scheduled for hearing on June 18, 2015. ECF No. 83.

DATED this 4th day of May, 2015.          DATED this 4th day of May, 2015.

| LAW OFFICES OF MICHAEL F. BOHN | AKERMAN LLP |
|---|---|
| /s/ Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys for Saticoy Bay, LLC Series 1702 Empire Mine* | /s/ Tenesa S. Scaturro<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. . 8276<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for CitiMortgage, Inc.* |

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/14/2015**

{31073093;1}                                2