MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT  COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE<br><br>                 Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and CLEAR RECON CORP.<br><br>                 Defendants | CASE NO.: 2:14-CV-01975 |

## RESPONSE TO SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

Saticoy Bay, LLC Series 1702 Empire Mine, by and through it's attorney, Michael F. Bohn, Esq.

responds to the supplemental request for judicial notice, document number 99.  This response is based

on the affidavit of  Iyad Haddad.

DATED this 2nd  day of June, 2015.

                                        LAW OFFICES OF
                                        MICHAEL F. BOHN, ESQ., LTD.

                                        By:  /Michael F. Bohn,/
                                        MICHAEL F. BOHN, ESQ.
                                        376 East Warm Springs Road, Ste. 140
                                        Las Vegas,  NV  89119
                                        Attorney for plaintiff

1

### AFFIDAVIT OF IYAD HADDAD

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

IYAD HADDAD  being first duly sworn, deposes and  says;

1. Affiant is the managing member of Resources Group, LLC, the trustee of Bay Harbor Trust, the manager of Saticoy Bay LLC.

2. I am making this affidavit in response to Fannie Mae and FHFA's supplemental request for judicial notice in support of the motion for summary judgment.

3. Saticoy Bay LLC Series 1702 Empire Mine is the owner of the property located at 1702 Empire Mine, Henderson, Nevada.

4.  Saticoy Bay LLC Series 1702 Empire Mine acquired the property by foreclosure sale conducted on August 29, 2014.  The HOA which conducted the foreclosure sale is called the Bluffs. Nevada Association Services was the foreclosure agent on the sale.

5.  The property is encumbered by two sets of CC&R's.  The secondary HOA on the property is called The Village 2.  The foreclosure agent for The Village 2 is Red Rock Financial Services.

6.  The notice of foreclosure sale dated August 1, 2014 indicates that the total lien due to the Bluffs was $5,130.24.

7.  Saticoy Bay LLC purchased the property on Empire Mine for $83,589.00, and there are substantial excess proceeds available to pay the secondary HOA.

8.  Once I acquired this property, as I do with every property I acquire, I immediately contact all the applicable HOA's and open a new account. I pay any account set up fee and I pay six months of HOA dues in advance.

9. The sums sought by the secondary HOA are for assessments which became due prior to the time Saticoy Bay LLC acquired the property.

10.  I am in a dispute with the secondary HOA, which is unlawfully seeking dues going back to January, 2011.

11. I have been advised that an interpleader action has been filed regarding the excess proceeds,

2

1  and that The Village 2 is a named defendant entitled to receive a portion of the excess proceeds to satisfy

2  it's lien.

3      12.   When and if it is determined that Saticoy Bay LLC is responsible for any part of the sums

4  claimed by the lien, Saticoy Bay LLC will pay that obligation, like it does with all of it's obligations.

5  13.  If called upon to testify to the above facts, affiant could do so competently.

6

7  _____

8      IYAD HADDAD

9  SUBSCRIBED and SWORN to before me
   this 2nd day of  June, 2015.

10

11  _____

12  NOTARY PUBLIC in and for said
    County and State

13

```
MAURIZIO MAZZA
Notary Public State of Nevada
No. 05-94588-1
My Appt. Exp. Feb. 1, 2017
```

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2015, I electronically transmitted the

above **RESPONSE TO SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** to the Clerk's

Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel

in this matter; all counsel being registered to receive Electronic Filing.

| | |
|---|---|
| Krista J. Nielson, Esq.<br>Pite Duncan, LLP<br>520 S. 4th Street, Ste. 360<br>Las Vegas, NV  89101 | Asim Varma, Esq.<br>Howard N. Cayne, Esq.<br>Michael A.F. Johnson, Esq.<br>Arnold & Porter LLP<br>555 12TH Street NW<br>Washington, DC 20004 |
| | Leslie Bryan Hart, Esq.<br>John D. Tennert, Esq.<br>Fennemore Craig, P.C.<br>300 E. Second St. #1510<br>Reno, NV 89501 |

_/s / Marc Sameroff   /_
An Employee of the LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

4