ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile :   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for CitiMortgage, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>                              Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CLEAR RECON CORP.; and CITIMORTGAGE, INC.,<br><br>                              Defendants. | Case No.:     2:14-cv-01975-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CITIMORTGAGE, INC. TO FILE RESPONSE TO AMENDED COMPLAINT [ECF NO. 77]**<br><br>**(THIRD REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                              Counter-claimant,<br><br>v.<br><br>SATICOY BAY, LLC SERIES 1702 EMPIRE MINE; VILLAGE 2, THE BLUFFS; AND NEVADA ASSOCIATION SERVICES,<br><br>                              Counter-Defendants. | |

Plaintiff/Counter-Defendant Saticoy Bay, LLC Series 1702 Empire Mine (**Saticoy**) by and through its counsel of record, Law Offices of Michael F. Bohn, and Defendant CitiMortgage, Inc. (**CitiMortgage**) by and through its counsel of record, Akerman, LLP, hereby stipulate and agree:

. . .

{34005219;1}

Saticoy served CitiMortgage with its Amended Complaint [ECF No. 77] on April 16, 2015. Pursuant to the parties previous stipulation, the deadline for CitiMortgage to respond to the Amended Complaint is June 25, 2015. Saticoy and CitiMortgage hereby stipulate to extend CitiMortgage's deadline to respond to the Amended Complaint to July 16, 2015.

This is the third request for an extension of time of this deadline. The parties agree to this extension of time in light of the recent arguments on the pending motion for summary judgment, June 18, 2015. ECF No. 83. Given the recent arguments by counsel, CitiMortgage requests additional time to evaluate its response to the Amended Complaint.

DATED this 24th day of June, 2015.

| LAW OFFICES OF MICHAEL F. BOHN | AKERMAN LLP |
|---|---|
| */s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys for Saticoy Bay, LLC Series 1702 Empire Mine* | */s/ Natalie L. Winslow*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. . 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for CitiMortgage, Inc.* |

**ORDER**

_____
UNITED STATES DISTRICT JUDGE
DATED: 7/10/2015

{34005219;1}                    2