**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE, | |
| Plaintiff(s), | Case No. 2:14-cv-01975-KJD-NJK |
| vs. | ORDER |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | (Docket Nos. 112, 113) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for a settlement conference and motion to open discovery. Docket Nos. 112, 113. A response shall be filed no later than August 3, 2015, and any reply shall be filed no later than August 5, 2015.

IT IS SO ORDERED.

DATED: July 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge