MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and CLEAR RECON CORP.<br><br>Defendants | CASE NO.: 2:14-cv-01975-KJD-NJK |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counter-claimant<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 1702 EMPIRE MINE; VILLAGE 2, THE BLUFFS; AND NEVADA ASSOCIATION SERVICES,<br><br>Counter-Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR
TO FILE RESPONSE TO MOTIONFOR FINAL JUDGMENT(FIRST REQUEST)**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rules 6-1, 6-2, and 7-1 of the Local Rules for Civil Practice in United States District Court for the District of Nevada, plaintiff/counter-defendant Saticoy Bay, LLC Series 1702 Empire Mine and defendant Federal National Mortgage Association and intervenor Federal Housing Finance Agency by and through their respective counsel,

1

stipulate and agree as follows:

1. Plaintiff/counter-defendant Saticoy Bay, LLC Series 1702 Empire Mine shall have until April 22, 2015 to file it's opposition to defendant Federal National Mortgage Association's, Clear Recon Corp. and Federal Housing Finance Agency's Motion for final judgment, filed on March 29, 2016 (document 124).

2. Defendant Federal National Mortgage Association's, Clear Recon Corp. and Federal Housing Finance Agency's shall have until May 9, 2016 to file it's reply brief.

Counsel represent that because of the nature of this litigation, additional time is needed to address the issues raised in the motion.

DATED this 15th day of April, 2016

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | FENNEMORE CRAIG |
|---|---|
| By: /s/ /Michael F. Bohn, Esq./<br>    Michael F. Bohn, Esq.<br>    376 E. Warm Springs Road, Ste. 140<br>    Las Vegas, Nevada 89119<br>    Attorney for plaintiff Saticoy Bay LLC Series 1702 Empire Mine | By: /s/ / Leslie Bryan Hart, Esq.<br>    Leslie Bryan Hart, Esq.<br>    300 E. Second St. Ste. 1510<br>    Reno, NV 89501<br>    Attorney for intervenor FHFA<br><br>ALDRIGE PITE, LLP<br><br>By: /s/ Laurel I. Handley, Esq./<br>    Laurel I. Handley, Esq.<br>    4375 Jutland Drive<br>    San Diego, CA 92117<br>    Attorney for defendants Federal National Mortgage Association and Clear Recon Corp. |

IT IS SO ORDERED this 25th day of April, 2016

_____
U.S. DISTRICT COURT JUDGE
KENT J. DAWSON

2