# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

    Defendants.

Case No. 2:14-cv-01975-KJD-NJK

**ORDER**

    On August 24, 2016, the Court granted Defendant and Intervenors' Motion for Final Judgment Pursuant to Rule 54(b) (#129). However, it appears additional claims remain unresolved. Any parties that assert any claims remain pending for resolution are hereby ordered to file notice with the Court which claims remain active for adjudication. Additionally, if the parties file such notice, they are hereby ordered to show cause why those claims should not be dismissed for lack of prosecution. Failure of the parties to respond to this order within 14 days will constitute consent to the Court dismissing any remaining claims with prejudice, and closing the case.

    IT IS SO ORDERED.

Dated this 21st day of December, 2017.

_____
Kent J. Dawson
United States District Judge