# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>    Plaintiff(s),<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No.: 2:14-cv-01975-KJD-NJK<br><br>**ORDER** |

The parties have indicated that there remain claims to be adjudicated in this case. *See, e.g.*, Docket Nos. 139, 140. The parties shall file a joint status report, by July 3, 2018, with a schedule to advance this case to resolution.

IT IS SO ORDERED.

Dated: June 20, 2018

_____
Nancy J. Koppe
United States Magistrate Judge