1  Laurel I. Handley, Esq. (SBN 9576)
   Jory C. Garabedian, Esq. (SBN 10352)
2  **ALDRIDGE PITE, LLP**
   520 South 4th Street, Suite 360
3  Las Vegas, Nevada 89101
   Tel: (858) 750-7600
4  Fax: (702) 685-6342
   lhandley@aldridgepite.com

*Attorneys for Defendant/Counterclaimant:*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION and CLEAR RECON CORP.; and CITIMORTGAGE, INC.,<br><br>Defendants,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association<br><br>Intervenor. | CASE NO.: 2:14-cv-01975-KJD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF REMAINING UNJUST ENRICHMENT CLAIMS BETWEEN PLAINTIFF AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association<br><br>Intervenor,<br><br>vs.<br><br>SATICOY BAY, LLC SERIES 1702 EMPIRE MINE; and VILLAGE 2, THE BLUFFS,<br><br>Counter-Defendants. | |

Defendant Federal National Mortgage Association ("Fannie Mae") and Plaintiff Saticoy Bay, LLC Series 1702 Empire Mine ("Plaintiff"), by and through their undersigned attorneys of record, hereby stipulate and agree in response to this Court's Order (ECF No. 141) as follows:

1. In this case, Plaintiff has one remaining unadjudicated claim of unjust enrichment against Fannie Mae.

2. Fannie Mae has one remaining unadjudicated counterclaim of unjust enrichment against Plaintiff.

3. Plaintiff and Fannie Mae stipulate and agree that the remaining unjust enrichment claims as to each other shall be dismissed without prejudice.

4. Plaintiff and Fannie Mae further stipulate and agree that there are no other remaining unadjudicated claims as to each other.

IT IS SO STIPULATED AND AGREED.

DATED this 3rd day of July, 2018

| ALDRIDGE PITE, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| /s/ Jory C. Garabedian | /s/ Michael F. Bohn |
| Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorneys for Defendant/Counterclaimant*<br>*Federal National Mortgage Association* | Michael F. Bohn<br>Nevada Bar No. 1641<br>*Attorneys for Plaintiff/Counter-Defendant*<br>*Saticoy Bay, LLC Series 1702 Empire Mine* |

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: 7/6/2018