MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CLEAR RECON CORP.; and CITIMORTGAGE, INC.,<br><br>Defendants. | CASE NO.: 2:14-cv-01975-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE CITIMORTGAGE, INC.'S MOTION TO DISMISS OR ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Saticoy Bay LLC Series 1702 Empire Mine ("**Saticoy Bay**") and defendant Citimortgage, Inc., by and through their respective attorneys, that the date for Saticoy Bay to file its opposition to Citimortgage, Inc.'s motion to dismiss filed on October 31, 2018 (ECF No. 146), shall be extended from November 14, 2018, to November 28, 2018. Also, the parties agree that the date to file the opposition to Citimortgage, Inc.'s motion for summary judgment filed on October 31, 2018 (ECF No.147) shall be extended from November 21, 2018, to November 28, 2018.

/ / /

/ / /

/ / /

1

This is the first extension to which the parties have sought regarding this motion. Plaintiff seeks additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendants' request will not prejudice any party.

DATED this 14th day of November, 2018.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
|---|---|
| By: /s/ Adam R. Trippiedi, Esq.<br>　　Michael F. Bohn, Esq.<br>　　Adam R. Trippiedi, Esq.<br>　　2260 Corporate Cir, Suite 480<br>　　Henderson, Nevada 89074<br>　　Attorney for plaintiff Saticoy Bay LLC Series 1702 Empire Mine | By: /s/ Tenesa S. Powell, Esq..<br>　　Ariel E. Stern, Esq.<br>　　Tenesa S. Powell, Esq.<br>　　1635 Village Center Circle, Suite 200<br>　　Las Vegas, Nevada 89134<br>　　Attorney for defendant Citimortgage, Inc. |

## **ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/20/2018