ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for CitiMortgage, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY, LLC SERIES 1702 EMPIRE MINE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CLEAR RECON CORP.; and CITIMORTGAGE, INC.,<br><br>Defendants. | Case No.:     2:14-cv-01975-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO SATICOY BAY, LLC'S RESPONSE TO MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>SATICOY BAY, LLC SERIES 1702 EMPIRE MINE; VILLAGE 2, THE BLUFFS; AND NEVADA ASSOCIATION SERVICES,<br><br>Counterdefendants. | |

CitiMortgage, Inc. (**Citi**), and Saticoy Bay, LLC 1702 Empire Mine (**Saticoy**) stipulate as follows:

1.     Citi filed its motion to dismiss on October 31, 2018. [ECF No. 146]. Saticoy filed it response to Citi's motion on November 28, 2018. [ECF No. 151] Citi's reply is currently due on December 5, 2018.

47169335;1

2. The parties hereby stipulate and agree Citi shall have fourteen (14) additional days to file its reply. The new deadline for Citi to file its reply in support of motion to dismiss shall be **December 19, 2018**.

3. Citi filed its motion for summary judgment on October 31, 2018. [ECF No. 147]. Saticoy filed it response to Citi's motion on November 28, 2018. [ECF No. 152] Citi's reply is currently due on December 12, 2018.

4. The parties hereby stipulate and agree Citi shall have seven (7) additional days to file its reply. The new deadline for Citi to file its reply in support of motion for summary judgment shall be **December 19, 2018**.

5. This is the first request for an extension of either deadline and is not made for purposes of undue delay. The extension is requested because counsel has been preparing for a jury trial that begins on December 10, 2018. The extension will allow counsel a meaningful opportunity to address the arguments raised in Saticoy's opposition.

DATED December 5, 2018

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for CitiMortgage, Inc.* | */s/ Adam R. Trippiedi* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 89074 <br> *Attorneys for Saticoy Bay, LLC Series 1702 Empire Mine* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this __10th__ day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

47169335;1